27 A.3d 948

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MELANIE MCGUIRE, DEFENDANT–PETITIONER.

September 22, 2011.

Denied.